

*Muriel Goode-Trufant*
*Corporation Counsel*

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**SONYA GIDUMAL CHAZIN**
Senior Counsel
Labor & Employment Law Division
(212) 356-0890
schazin@law.nyc.gov

January 7, 2026

**Via ECF**
Honorable Judge Margaret M. Garnett
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 906
New York, New York 10007

      Re:  <u>Glenn Mendez v. Fire Department of the City of New York</u>
           Civil Action No.: 25-cv-04825 (MMG)

Dear Judge Garnett:

      I am an Assistant Corporation Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, assigned to represent Defendant in the above-referenced action.

      At this time, with the consent of Plaintiff's counsel, Defendant respectfully requests that discovery be stayed pending resolution of Defendant's motion to dismiss, and that the initial conference scheduled for January 14, 2026 be adjourned until after the Court's decision on the motion.

      Defendant filed its motion to dismiss on October 31, 2025. Plaintiff's opposition is due on January 26, 2026, and Defendant's reply is due on February 9, 2026. If granted, the motion may dispose of the action in its entirety or, at a minimum, significantly narrow the issues to be litigated. A stay of discovery and adjournment of the initial conference would therefore conserve judicial resources and avoid unnecessary burden and expense to the parties.

Thank you for the Court's consideration of this request.

Respectfully Submitted,

Sonya Gidumal Chazin
Assistant Corporation Counsel

cc:    All Counsel via ECF

GRANTED.  On the parties' consent and with good cause shown, discovery in this action is STAYED pending the Court's decision on Defendant's pending motion to dismiss.  The Initial Pretrial Conference scheduled for January 14, 2026, is ADJOURNED *sine die*.

SO ORDERED.  Dated January 8, 2026.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT COURT